**SEALED**

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

SEP - 9 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-SW-0477 CKD |
| Plaintiff, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| v. | 2:15-SW-0478 CKD |
| APPROXIMATELY $20,339.00 in U.S CURRENCY, ET AL. | 2:15-SW-0479 CKD |
| Defendants. | 2:15-SW-0480 CKD |
| | 2:15-SW-0481 CKD |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrants will be left at the scene of the seizure.

Date: 9/9/2015

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Seal Documents