

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

NOV 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $20,339.00 IN U.S. CURRENCY,

ALL FUNDS SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3996, HELD IN THE NAME OF TIMOTHY BETSCHART, IN AN AMOUNT UP TO AND INCLUDING $31,080.47,

ALL FUNDS ASSOCIATED WITH E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIM BETSCHART, IN AN AMOUNT IN AN AMOUNT UP TO AND INCLUDING $7,934.54,

2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA, and

2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA,

Defendants.

2:15-SW-00477-CKD
2:15-SW-00478-CKD
2:15-SW-00479-CKD
2:15-SW-00480-CKD
2:15-SW-00481-CKD

ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

1

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 11-4-2015

EDMUND F. BRENNAN
United States Magistrate Judge

Order Re: Request to Unseal Documents